ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff THANH VO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH VO, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HRATCH KSADJIKIAN aka "HARRY KSADJIKIAN", an individual,<br><br>　　　　Defendants. | Case No.: 2:16-cv-00918-CAS-E<br><br>**[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. Christina A. Snyder presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice.  Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated  March 15, 2017

_____
Judge, United States District Court,
Central District of California